1  Young Cho
   Attorney at Law: 189870
2  Law Offices of Lawrence D. Rohlfing
   12631 E. Imperial Highway, Suite C-115
3  Santa Fe Springs, California 90670
   Tel.: (562) 868-5886
4  Fax: (562) 868-5491
   E-mail: young_rohlfing.office@speakeasy.net
5
   Attorneys for Plaintiff MAGGIE CONNER-GARCIA
6

7

8

9                  **UNITED STATES DISTRICT COURT**

10                 **CENTRAL DISTRICT OF CALIFORNIA**

11

12  MAGGIE CONNER-GARCIA,           ) Case No.: CV 05-2648 FFM
                                    )
13          Plaintiff,              ) [~~PROPOSED~~] ORDER AWARDING
                                    ) EQUAL ACCESS TO JUSTICE ACT
14      vs.                         ) ATTORNEY FEES PURSUANT TO
                                    ) 28 U.S.C. § 2412(d)
15  MICHAEL J. ASTRUE,              )
    Commissioner of Social Security,)
16                                  )
            Defendant.              )
17  _____)

18      Based upon the parties' Stipulation for the Award and Payment of Equal

19  Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to

20  Young Cho, as Plaintiff's assignee and subject to the reservation of rights, the

21  amount of four thousand five hundred ($4,500.00), as authorized by 28 U.S.C. §

22  2412(d), subject to the terms of the above-referenced Stipulation.

23  DATE:    November 10, 2008

24                    ____/S/ FREDERICK F. MUMM
    _____
25                    THE HONORABLE FREDERICK F. MUMM
                      UNITED STATES MAGISTRATE JUDGE
26